JAMES H. HENDRICKS, PLANITIFF IN ERROR, VS. HENRY B. PHILIPS, DEFENDANT IN ERROR.

Appellate Practice—In Absence of Basis of Fact to Support Assignments of Error—Writ of Error Dismissed.

Where by an amplification of the transcript of the record, made by consent, the basis of fact is eliminated therefrom upon which the assignments of error are predicated, thus leaving nothing

in the record to support any assignments of error made, the writ of error will be dismissed.

Writ of Error to the Circuit Court for Duval County.

The facts in the case are stated in the opinion of the Court.

*Geo. U. Walker*, for Plaintiff in Error.

*H. B. Philips, in pro per.*

PER CURIAM.:

This cause coming on to be heard upon motion of the defendant in error to dismiss the writ of error, and the parties plaintiff and defendant in error having consented and agreed in writing here that the transcript of record filed shall be supplemented by the addition thereto of certified copies, filed with said motion, of the judgment by default entered in the cause in the court below, and of the written proofs filed in the court below of the cause of action upon which the final judgment was entered. It is therefore ordered that the transcript of record be so supplemented as consented to and agreed upon. And it further appearing to the court that the amendment of the record so agreed to and ordered eliminates from the case the assignments of error predicated upon the supposed absence of such default judgment and of the proofs upon which the final judgment was entered, and that the remaining errors assigned have no basis of fact in the record to sustain them, it is, therefore, hereby ordered that the said motion be and the same is hereby granted and the writ of error herein is hreby dismissed at the cost of the plaintiff in error.